Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
edthomast@littler.com
kstegall@littler.com

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CORNINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MASTEC NETWORK SOLUTIONS, INC., a Foreign Corporation; MASTEC, INC., a Foreign Corporation, and MASTEC NORTH AMERICA, INC., a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No. 2:25-cv-02371-MMD-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff ROBERT CORNINE, ("Plaintiff"), by and through his attorneys of record, Christian M. Morris, Esq., and Lindsay N. Roginski, Esq. of Christian Morris Trial Attorneys, and Defendants MASTEC NEWORK SOLUTIONS, INC., MASTEC, INC., and MASTEC NORTH AMERICA, INC. ("Defendants"), by and through their attorneys of record, Roger L. Grandgenett, Esq., and Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of January 1, 2026, up to and including **January 31, 2026.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare a responsive pleading. This extension is also necessary given the upcoming holidays and counsels' pre-planned time off.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| Dated: December 23, 2025 | Dated: December 23, 2025 |
|---|---|
| CHRISTIAN MORRIS TRIAL ATTORNEYS | LITTLER MENDELSON, P.C. |
| /s/ Lindsay N. Roginski | /s/ Kelsey E. Stegall |
| Christian M. Morris, Esq. | Ethan D. Thomas, Esq. |
| Lindsay N. Roginski, Esq. | Kelsey E. Stegall, Esq. |
| Attorneys for Plaintiff ROBERT CORNINE | Attorneys for Defendants MASTEC NETWORK SOLUTIONS, INC., MASTEC, INC., and MASTEC NORTH AMERICA, INC. |

**IT IS SO ORDERED.**

Dated: December 24, 2025

_____
UNITED STATE DISTRICT JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800