CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@CMTAlaw.com
Victoria@CMTAlaw.com
Lindsay@CMTAlaw.com
*Attorneys for Plaintiff*
*Robert Cornine*

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
**2250 Corporate Circle, Suite 390**
**Henderson, NV 89074**
**(702) 434-8282 / (702) 434-1488 (fax)**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CORNINE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MASTEC NETWORK SOLUTIONS, INC., a Foreign Corporation; MASTEC, INC., a Foreign Corporation, and MASTEC NORTH AMERICA, INC., a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO.: 2:25-cv-02371<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED that PLAINTIFF ROBERT CORNINE by and through his counsel of record, Christian M. Morris, Esq., Victoria R. Allen, Esq., and Lindsay N. Roginski, Esq. of CHRISTIAN MORRIS TRIAL ATTORNEYS and Defendants MASTEC NETWORK SOLUTIONS, INC., MASTEC, INC., AND MASTEC NORTH

1

AMERICA, INC., by and through their counsel of record, Ethan D. Thomas, Esq., and Kelsey E. Stegall, Esq., of LITTLER MENDELSON, P.C, hereby stipulate and agree to the following:

1. The current deadline for Plaintiff to respond to Defendants' Motion to Partially Dismiss Plaintiff's Complaint, (ECF No. 13), is February 13, 2026, and the parties agree to extend this deadline to February 27, 2026. Plaintiff intends to file a first amended complaint on or before February 20, 2026, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). While the filing of this amended complaint will make the currently pending Motion to Dismiss moot, the parties agree to extend the opposition deadline out to February 27, 2026, in order to preserve the briefing schedule and out of an abundance of caution.

2. This is the parties' first request to extend Plaintiff's deadline to respond to Defendants' Motion to Dismiss. This stipulation is made in good faith and not for the purpose of delay.

DATED this 13th day of February 2026.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Lindsay N. Roginski*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar. No. 16616
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Attorneys for Plaintiff*
*Robert Cornine*

DATED this 13th day of February 2026.

LITTLER MENDELSON, P.C.

*/s/ Kelsey E. Stegall*

ETHAN D. THOMAS, ESQ.
Nevada Bar No. 12874
KELSEY E. STEGALL, ESQ.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
*Attorneys for Defendants Mastec Network Solutions, Inc., Mastec, Inc., and Mastec North America, Inc.*

CHRISTIAN MORRIS TRIAL ATTORNEYS

2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

CHRISTIAN MORRIS TRIAL ATTORNEYS

2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

**ORDER**

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATE: February 17, 2026