Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
edthomast@littler.com
kstegall@littler.com

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CORNINE, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MASTEC NETWORK SOLUTIONS, INC., a Foreign Corporation; MASTEC, INC., a Foreign Corporation, and MASTEC NORTH AMERICA, INC., a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>            Defendants. | Case No. 2:25-cv-02371-MMD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff ROBERT CORNINE, ("Plaintiff"), by and through his attorneys of record, Christian M. Morris, Esq., and Lindsay N. Roginski, Esq., of Christian Morris Trial Attorneys; and Defendants MASTEC NEWORK SOLUTIONS, INC., MASTEC, INC., and MASTEC NORTH AMERICA, INC. ("Defendants"), by and through their attorneys of record, Ethan D. Thomas, Esq., and Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint from the current deadline of March 6, 2026, up to and including **March 20, 2026.**

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the First Amended Complaint and to prepare a responsive pleading.

This is the first request for an extension of time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 2, 2026

CHRISTIAN MORRIS TRIAL
ATTORNEYS


/s/ Lindsay N. Roginski
Christian M. Morris, Esq.
Lindsay N. Roginski, Esq.

Attorneys for Plaintiff
ROBERT CORNINE

Dated:  March 2, 2026

LITTLER MENDELSON, P.C.


/s/ Kelsey E. Stegall
Ethan D. Thomas, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.


**IT IS SO ORDERED.**

Dated: ___3-5-26_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2