Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
edthomast@littler.com
kstegall@littler.com

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CORNINE, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>MASTEC NETWORK SOLUTIONS, INC., a Foreign Corporation; MASTEC, INC., a Foreign Corporation, and MASTEC NORTH AMERICA, INC., a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>      Defendants. | Case No. 2:25-cv-02371-MMD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff ROBERT CORNINE, ("Plaintiff"), by and through his attorneys of record, Christian M. Morris, Esq., and Lindsay N. Roginski, Esq., of Christian Morris Trial Attorneys; and Defendants MASTEC NEWORK SOLUTIONS, INC., MASTEC, INC., and MASTEC NORTH AMERICA, INC. ("Defendants"), by and through their attorneys of record, Ethan D. Thomas, Esq., and Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint by one week, from the current deadline of March 20, 2026, up to and including **March 27, 2026.**

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This extension is necessary because Defense counsel was unexpectedly hospitalized and out with a medical issue for a few days, and therefore requires additional time to prepare a responsive pleading. This is the second request for an extension of time to respond to the First Amended Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: March 17, 2026

CHRISTIAN MORRIS TRIAL
ATTORNEYS

/s/ Lindsay N. Roginski
Christian M. Morris, Esq.
Lindsay N. Roginski, Esq.

Attorneys for Plaintiff
ROBERT CORNINE

Dated:  March 17, 2026

LITTLER MENDELSON, P.C.

/s/ Kelsey E. Stegall
Ethan D. Thomas, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.

**IT IS SO ORDERED.**

Dated: 3-19-26

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800