Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:     702.862.8811
edthomast@littler.com
kstegall@littler.com

Attorneys for Defendants
MASTEC NETWORK SOLUTIONS, INC.,
MASTEC, INC., and MASTEC NORTH
AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CORNINE, an individual,<br><br>            Plaintiff,<br><br>        v.<br><br>MASTEC NETWORK SOLUTIONS, INC., a Foreign Corporation; MASTEC, INC., a Foreign Corporation, and MASTEC NORTH AMERICA, INC., a Foreign Corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>            Defendants. | Case No. 2:25-cv-02371-MMD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff ROBERT CORNINE, ("Plaintiff"), by and through his attorneys of record, Christian M. Morris, Esq., and Lindsay N. Roginski, Esq., of Christian Morris Trial Attorneys; and Defendants MASTEC NEWORK SOLUTIONS, INC., MASTEC, INC., and MASTEC NORTH AMERICA, INC. ("Defendants"), by and through their attorneys of record, Ethan D. Thomas, Esq., and Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file their Reply in Support of Defendants' Motion for Partial Dismissal

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

of Plaintiff's First Amended Complaint for one week from the current deadline of April 17, 2026, up to and including **April 24, 2026.**

This extension is necessary because of scheduling conflicts and therefore, Defendants require additional time to prepare the reply. This is the first request for an extension of time to file the Reply to the Motion for Partial Dismissal, (ECF No. 22).  This request is made in good faith and not for the purpose of delay.

Dated: April 14, 2026                          Dated:  April 14, 2026

CHRISTIAN MORRIS TRIAL                 LITTLER MENDELSON, P.C.
ATTORNEYS

*/s/ Lindsay Roginski*_____        */s/ Kelsey Stegall*_____
Christian M. Morris, Esq.                      Ethan D. Thomas, Esq.
Lindsay N. Roginski, Esq.                     Kelsey E. Stegall, Esq.

Attorneys for Plaintiff                          Attorneys for Defendants
ROBERT CORNINE                             MASTEC NETWORK SOLUTIONS, INC.,
                                                           MASTEC, INC., and MASTEC NORTH
                                                           AMERICA, INC.

**IT IS SO ORDERED.**

Dated: _April 15, 2026_____

_____
UNITED STATE DISTRICT JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4907-1590-1601.1 / 112010.1066